UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | GRAND JURY ORIGINAL |
| RICHARD S. DEVAUGH,<br>also known as Richard S. Devaughn,<br>also known as Richard Hall,<br><br>Defendant. | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)<br>(Unlawful Distribution of Cocaine Base)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)<br>(Unlawful Possession with Intent to Distribute Cocaine Base)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)<br>(Unlawful Possession with Intent to Distribute Heroin)<br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)<br>18 U.S.C. § 924(c)(1)<br>(Using, Carrying, and Possessing a Firearm during a Drug Trafficking Offense)<br><br>FORFEITURE: 18 U.S.C. § 924(d);<br>21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

Case: 1:19-cr-00031
Assigned To : Judge Rudolph Contreras
Assign. Date : 01/31/2019
Description: INDICTMENT (B)

**COUNT ONE**

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH**, also known as Richard S. Devaughn, also known as Richard Hall, did

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2011-CF2-006853, 1990-FEL-004546, and

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2011-CF2-006853, 1990-FEL-004546, and

1990-FEL-002030, did unlawfully and knowingly receive and possess a firearm, that is, a loaded Taurus .44 magnum revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .44 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about January 14, 2019, within the District of Columbia, **RICHARD S. DEVAUGH, also known as Richard S. Devaughn, also known as Richard Hall,** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One, Two and Three of this Indictment, which is incorporated herein, a firearm, that is, a loaded Taurus .44 magnum revolver.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Counts Four of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a loaded Taurus .44 magnum revolver and .44 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu*/DM

Attorney of the United States in
and for the District of Columbia.